```
 1  Routh Crabtree Olsen, P.S.
    Edward Weber #194963
 2  Jonathan J. Damen #251869
    505 N. Tustin Ave, Suite 243
 3  Santa Ana, California 92705
    Telephone 714-277-4937
 4  Facsimile 714-277-4899
 5  Email jdamen@rcolegal.com

 6  File No.: 7021.41990

 7  Attorneys for Movant

 8
```

FILED
OCT 20 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| In re:<br><br>Abdul Ghafar and<br>Fauzia Fazal Ghafar<br><br>                Debtor(s). | Case No. 09-40678-RJN<br>R.S. No.: JJD-658<br>Judge Randall J. Newsome<br>**Chapter 13**<br><br>*ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY*<br><br>Preliminary Hearing:<br>Date : October 20, 2010<br>Time : 10:30 A.M.<br>Place: U. S. Bankruptcy Court<br>       1300 Clay St.<br>       Oakland, CA 94612<br>       Courtroom 220 |
|---|---|

The Motion for Relief from Automatic Stay of HSBC Bank USA, N.A., as Trustee for the

Holders of Deutsche ALT-a Securities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pass-

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Through Certificates ("Movant" hereinafter), a secured creditor, came on regularly for hearing before the Honorable Randall J. Newsome. Appearances were made as noted on the Court record. Having considered the arguments set forth in the moving papers and the statements of those appearing before the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the automatic stay of §362(a) is terminated as to the Debtor(s) and the bankruptcy estate pursuant to 11 U.S.C. §362(d)(1) and/or § 362(d)(2), thereby permitting the Movant, its agents, successors, and all persons and entities acting on behalf of such parties to enforce all state law remedies against the collateral commonly known as **8777 WEST MAULE AVENUE #2154, LAS VEGAS, NV 89148,** including but not limited to, foreclosure and any actions necessary to obtain possession of the real property after foreclosure. The Assessor's Parcel Number of the property is as follows:

APN: 176-05-710-338

It is further ordered that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

It is further ordered that the 14-day period specified in Fed.R.Bankr.P. 4001(a)(3) is waived.

Date: 10/20/10

_____
Judge of the United States Bankruptcy Court

# COURT SERVICE LIST

1
2
3   Abdul Ghafar
    461 Montecito Drive
4   Brentwood, CA 94513
5

6   Fauzia Fazal Ghafar
    461 Montecito Drive
7   Brentwood, CA 94513
8

    Corrine Bielejeski
9   Law Offices of Patrick L. Forte
    1 Kaiser Plaza #480
10  Oakland, CA 94612
11

12  Martha G. Bronitsky
    P.O. Box 5004
13  Hayward, CA 94540-5004
14

    US Trustee (OAK)
15  Office of the U.S. Trustee /Oak
    1301 Clay St. #690N
16  Oakland, CA 94612
17

18  GE Money Bank
    25 SE 2nd Avenue
19  Suite 1120
    Miami, FL 33131-1605
20

21
    American Home Mortgage Servicing, Inc.
22  4875 Belfort Road
    Suite 130
23  Jacksonville, FL 32256
24

25  Routh Crabtree Olsen, PS
    505 N Tustin Ave., Suite 243
26  Santa Ana, CA 92705
27
28

Court Service List