```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-40678 WJL |
| **ABDUL GHAFAR and FAUZIA FAZAL GHAFAR,** | Chapter 13 |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing October 2011, debtors will pay $100.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtors' income has decreased while their expenses have increased.

Dated: October 6, 2011

                                                          /s/ Patrick L. Forte
                                                          PATRICK L. FORTE
                                                          Attorney for Debtors